**STATE of Missouri, Respondent,**

v.

**Eugene Harrell SARDIS, Appellant.**

**No. WD 53648.**

Missouri Court of Appeals, Western District.

Sept. 30, 1997.

James C. Cox, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay), Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

## ORDER

PER CURIAM:

Mr. Sardis appeals his judgment of conviction of first degree robbery and his 20 year sentence, alleging that the trial court plainly erred in overruling his challenge to the state's use of a peremptory strike to remove the only African–American venireperson, in violation of *Batson v. Kentucky,* 476 U.S. 79, 106 S.Ct. 1712, 90 L.Ed.2d 69 (1986). Finding Mr. Sardis has failed to preserve this issue for appeal and further finding no precedential value to our decision, we affirm by this summary order and have provided the

parties with a memorandum explaining our decision. Rule 30.25(b).